AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of South Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 6:26mj027 |
| MAURILIO MARTINEZ HERNANDEZ | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___March 14, 2026,___ in the county of ___Greenville___ in the _____ District of ___South Carolina___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S.C. 1326(a)(b)(1) | Illegal re-entry to the United States by alien who was previously removed. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jared Tilley, Enforcement and Removal, ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___May 22, 2026___

_____
*Judge's signature*

City and state: ___Greenville, South Carolina___    KEVIN F. McDONALD, U.S. Magistrate Judge
*Printed name and title*